

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00508-CV

Rudy **MENDEZ**,
Appellant

v.

**CITY OF SAN ANTONIO BUILDING STANDARDS BOARD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08659
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  November 12, 2014

MOTION FOR REHEARING GRANTED; APPEAL REINSTATED

On July 22, 2014, this court notified appellant that a filing fee of $195.00 was due when this appeal was filed. On August 13, 2014, this court ordered appellant, no later than August 22, 2014, to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). Our order informed appellant that if he failed to provide such written

proof within the time ordered, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3. Appellant did not respond, and on September 10, 2014, this appeal was dismissed.

Appellant has filed a motion for rehearing stating he filed an Affidavit of Indigence on September 9, 2014, and he asks this court to reinstate his appeal. We grant the motion for rehearing, withdraw our opinion and judgment dated September 10, 2014, and issue this opinion and judgment in their place. This appeal is hereby reinstated on this court's docket.

PER CURIAM